IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| THE TRANSPARENCY PROJECT,<br><br>Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF JUSTICE, et al<br><br>Defendants. | CIVIL ACTION No. 4:21CV121<br><br>JUDGE SEAN D. JORDAN<br>MAGISTRATE CHRISTINE NOWAK |

**DEFENDANTS' RESPONSE IN OPPOSITION
TO PLAINTIFF'S MOTION TO EXPEDITE**

Come now the Defendants and file this response in opposition to Plaintiff's Motion to Expedite (the "Motion"). Dkt. 66.

The Motion seeks two forms of relief. First, the Motion requests the Court expedite ruling on Plaintiff's amended objection, Dkt. 56 (the "Objection"), to the February 10, 2023 Report and Recommendation of United States Magistrate Judge (the "R&R"), Dkt. 66. The Motion also requests the Court expedite production of any documents responsive to its Freedom of Information Act Request. Dkt. 66 at 4. The Motion should be denied.

Plaintiff's request to expedite ruling on the Objection should be denied because it is not necessary. The Court will address the Objection in due course. The fact this is an election year dos not create an exigency that compels resolving the Objection outside the Court's ordinary course. Therefore, the Court should deny the Motion to the extent it requests an expedited resolution.

Plaintiff's request to establish an expedited production schedule should also be denied. At this stage, the Defendants have not been ordered to produce records. Therefore, Plaintiff's request

for an expedited production schedule of 20,000 pages per month is premature. If and when the Court orders production of documents, the parties can address the schedule at that time.

For the foregoing reasons, the Motion should be denied.

Respectfully submitted,

DAMIEN M. DIGGS
United States Attorney

*/s/ James Gillingham*
JAMES GILLINGHAM
Assistant United States Attorney
Texas Bar No. 24065295
110 N. College Ave.; Suite 700
Tyler, Texas 75702
Tel: (903) 590-1400
Fax: (903) 590-1436
Email: James.Gillingham@usdoj.gov

## CERTIFICATE OF SERVICE

      I hereby certify that on March 11, 2024, a true and correct copy of the foregoing document was filed electronically with the court and has been sent to counsel of record via the court's electronic filing system.

                                                      /s/ *James Gillingham*
                                                      JAMES GILLINGHAM
                                                      Assistant United States Attorney